**[J-77-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

AUTUMN WILLIAMS, ABRAHAM
DARAMAY, AND JONATHAN MARK
DANIELS,

     Appellants

   v.

PENNSYLVANIA DEPARTMENT OF
STATE AND AL SCHMIDT, IN HIS
CAPACITY AS SECRETARY OF THE
COMMONWEALTH,

     Appellees

: No. 25 WAP 2024
:
:
: Appeal from the order of the
: Commonwealth Court at No. 394
: MD 2024 dated August 23, 2024
:
: SUBMITTED: September 3, 2024
:
: DECIDED: September 16, 2024
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

  **AND NOW,** this 16th day of September, 2024, the order of the Commonwealth Court is **AFFIRMED** consistent with this Court's per curiam decision in *James N. Clymer and Steven E. Sylvester as Constitution Party Candidates for President and Vice President of the United States v. Al Schmidt* (No. 67 MAP 2024, filed September 13, 2024).